# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CASE NO: 5:12-cr-45-Oc-22PRL**

**JENNIFER DELORES ROSALES**

_____

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 41), to which there has been no objection filed by either the Government or the Defendant, the plea of guilty of the Defendant to Count Two of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 5th day of March, 2013.

*[signature]*
ANNE C. CONWAY
United States District Judge

"

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
Wpkvgf "Uvcvgu"Rtgvtkcn"Ugtxkegu"